UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA BELYEW,

    Plaintiff,

  v.

MARK STAPLETON,

    Defendant.

No. 2:17-cv-1065-EFB P

ORDER

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 30, 2017, plaintiff filed a form indicating her consent to the jurisdiction of a magistrate judge. ECF No. 4. On September 8, 2017, the court properly dismissed her complaint by order (as opposed to issuing findings and recommendations), and judgment was entered. *See* ECF No. 14 (explaining that pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), this court could not interfere with plaintiff's state court criminal proceedings); ECF No. 16. On September 17, 2017, plaintiff filed a 97-page document titled "objections to magistrates findings." ECF No. 17. The court takes no action on the filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

Dated: October 3, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE